UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHERYL DANTIN**                                                                 **CIVIL ACTION**

**VERSUS**                                                                               **NO:     06-0065**

**MICHAEL J. ASTRUE,**                                                      **SECTION: "I" (4)**
**COMMISSIONER OF SOCIAL SECURITY**

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the that the ALJ's decision denying Cheryl Dantin's claim for Disability Insurance Benefits is **AFFIRMED**.

New Orleans, Louisiana, this _____11th_____ day of September, 2007

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**